United States District Court
Southern District of Texas

**ENTERED**

February 01, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GEORGE  TORRES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-00021 |
| | § | |
| FCA US LLC; ca FCA NORTH AMERICA | § | |
| HOLDINGS LLC; ca FIAT CHRYSLER | § | |
| AUTOMOBILES N.V., *et al,* | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 25), the

Court enters final judgment dismissing this action with prejudice.

ORDERED this 1st day of February, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE